No. 01–6602. CARDENAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6604. ANTONIO PEREIRA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6605. JACOBS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6606. DIGILIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6607. SANDOVAL ESPINOZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6609. BUCHMEIER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–6610. NIEVES-RUMBO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6611. BARRIENTOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6623. RANGEL BARRON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6627. ELION v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–299. ALBANO ET UX. v. NORWEST FINANCIAL HAWAII, INC. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–303. VANLINER INSURANCE CO. v. BOONE. Sup. Ct. Ohio. Motion of Defense Research Institute for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–328. EICHORN ET AL. v. AT&T CORP. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR and JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 01–399. ARIZONA v. LUCAS. Ct. App. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.